IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GROWTH TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TRI-STATE SPRAYING SERVICES, INC., PROLIFIC AG RB3, LLC, ROBERT J. KLIESEN, LAURA KLIESEN, BRIAN LAVICKY, BRYAN FRENCH, and KYLE OLSON,<br><br>Defendants. | 4:25CV3237<br><br><br>ORDER |

This matter is before the Court pursuant to the parties' joint status report. Filing No. 43. The parties advise they reached a partial settlement that will resolve all the claims except for Count XII of the Complaint against Defendant Tri-State Spraying Services, Inc. The parties also advise they agreed to a Permanent Injunction. Finally, the parties submitted a Rule 26(f) report addressing case management for Count XII. Filing No. 44.

Accordingly,

IT IS ORDERED:

1) On or before **January 23, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and/or the agreed-upon Permanent Injunction that will fully dispose of all claims

1

except Count XII of the Complaint against Defendant Tri-State Spraying Services, Inc.

2) The Court will enter a separate Final Progression Order pertaining to Count XII of the Complaint. Since the parties have conferred pursuant to Rule 26(f), Plaintiff's Motion for Expedited Discovery, Filing No. 14, is denied as moot.

3) Absent compliance with this Order, all claims except Count XII of the Complaint (including all counterclaims and the like) may be dismissed without further notice.

Dated this 6th day of January, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge