IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GROWTH TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TRI-STATE SPRAYING SERVICES, INC., PROLIFIC AG RB3, LLC, ROBERT J. KLIESEN, LAURA KLIESEN, BRIAN LAVICKY, BRYAN FRENCH, and KYLE OLSON,<br><br>Defendants. | 4:25CV3237<br><br>ORDER |

This matter is before the Court on the parties' Stipulation of Dismissal of All Claims and Parties Except for Count XII of the Complaint against Defendant Tri-State Spraying Services, Inc. ("Tri-State"), Filing No. 55. In accordance with the parties' stipulation,

IT IS ORDERED, ADJUDGED AND DECREED that Counts I through XI of Plaintiff's Complaint (Plaintiff's claims against all Defendants except Count XII against Tri-State) and Defendants' Counterclaim against Plaintiff are dismissed with prejudice, subject to the terms of the Permanent Injunction, Filing No. 53, the parties to pay their own costs and attorney fees.

Dated this 26th day of January, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge